**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6671**

_____

BRIAN LEVAR WATSON,

        Plaintiff - Appellant,

   v.

CHARLES EASON,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:21-ct-03167-M)

_____

Submitted:  November 16, 2023             Decided:  November 22, 2023

_____

Before AGEE and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Brian Levar Watson, Appellant Pro Se.  Dan M. Hartzog, Jr., Rachel Gail Posey, HARTZOG LAW GROUP LLP, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Levar Watson appeals the district court's order granting Defendant Charles Eason's motion for judgment on the pleadings and dismissing Watson's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Watson v. Eason*, No. 5:21-ct-03167-M (E.D.N.C. June 21, 2023). We further grant Defendant Eason's motion to strike the documents attached to Watson's supplemental reply brief, as these documents were not considered by the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*